Gerasimowicz v Delis (2024 NY Slip Op 05050)

Gerasimowicz v Delis

2024 NY Slip Op 05050

Decided on October 15, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 15, 2024

Before: Webber, J.P., Kapnick, Kennedy, Scarpulla, Shulman, JJ. 

Index No. 654322/13 Appeal No. 2831 Case No. 2024-01104 

[*1]Walter V. Gerasimowicz, etc., Plaintiff-Appellant,
v
George Delis, et al., Defendants-Respondents, Pantelis Aslanis, et al., Defendants.

Jonathen E. Neuman, Fresh Meadows, for appellant.
Acquista & Associates, P.C., Astoria (Robert L. Camaj of counsel), for respondents.

Order, Supreme Court, New York County (Andrea Masley, J.), entered on or about February 6, 2024, which granted defendants-respondents' motion to preclude seven witnesses from testifying at trial, unanimously affirmed, without costs.
The trial court providently exercised its discretion in precluding seven witnesses listed on plaintiff's witness list from testifying at trial. Plaintiff exhibited a lack of diligence and noncompliance with court orders requiring him to respond to discovery demands, including interrogatories asking him to identify witnesses. Further, plaintiff did not provide a reasonable explanation for his failure to disclose those witnesses earlier in this 10-year-old litigation (see Shmueli v Corcoran Group, 29 AD3d 309, 309-310 [1st Dept 2006]; see also Daniels v New York City Tr. Auth., 171 AD3d 601, 602-603 [1st Dept 2019], revd on other grounds 35 NY3d 938 [2020]; Ravagnan v One Ninety Realty Co., 64 AD3d 481, 482 [1st Dept 2009]).
We have considered plaintiff's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 15, 2024